UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LESHAWN DAWSON, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

WORLD OF JEANS & TOPS d/b/a TILLY'S

    Defendant.

Case No. 1:19-cv-01351-JMF
**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
    August 15, 2019

By: _____
Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Fl.
Brooklyn, New York 11201
joseph@cml.legal
*Attorney for Plaintiff*

By: _____
Michael F. Fleming, Esq.
Morgan, Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
michael.fleming@morganlewis.com
*Attorney for Defendant*

SO ORDERED.

August 20, 2019